IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03519-RTG

RILEY DOE,

    Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS VALAND, and
DANIEL BLOOM,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c).

Accordingly, it is

ORDERED that this case be DRAWN to a presiding judge and, if applicable, to a magistrate judge.

DATED November 5, 2025.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge