FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:51 am, Nov 13, 2025
JEFFREY P. COLWELL, CLERK

Civil Action No.   1:25-cv-03519-TPO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Thomas Valand**
was recieved by me on **11/11/2025:**

[X]   I personally served the summons on the individual at **45 Maple St, Steamboat Springs, CO 80487** on **11/12/2025 at 10:36 AM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 100.00** for services, for a total of **$ 100.00**.

I declare under penalty of perjury that this information is true.

Date:   11/12/2025

*Server's signature*

**Jesse Boyer**
*Printed name and title*

**P.O. Box 771674
Steamboat Springs, CO 80477**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS, to Thomas Valand with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with a beard.**




Tracking #: **0194927032**