IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-03519-TPO

RILEY DOE,

Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS VALAND and
DANIEL BLOOM,

Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Steamboat Springs RE-2 School District, Thomas Valand and Daniel Bloom.

Respectfully submitted this 2nd day of December 2025.

                                                       *s/Elliott V. Hood*
                                                      Elliott V. Hood
                                                      CAPLAN AND EARNEST LLC
                                                      3107 Iris Avenue, Suite 100
                                                      Boulder, Colorado 80301
                                                      303-443-8010
                                                      ehood@celaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and emailed to the following:

Riley Doe
rileydoevsssd@gmail.com
*Pro Se Plaintiff*

                                      *s/Shelley McKinstry*
                                      Shelley McKinstry, Paralegal