**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  25-cv-03519-TPO

RILEY DOE,

Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS VALAND and
DANIEL BLOOM,

Defendants.

_____

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT**
_____

Defendants Steamboat Springs School District RE-2 ("SSSD"), Thomas Valand, and Daniel Bloom, through undersigned counsel, move pursuant to D.C.COLO.LCivR 6.1 for a 60-day extension of time to answer or otherwise respond to Plaintiff's complaint. Undersigned counsel was assigned to this case yesterday and requires sufficient time to investigate the claims and defenses, clear conflicts among Defendants, and prepare an answer or other response.

**Certificate of Conferral**

Undersigned counsel conferred with self-represented Plaintiff Riley Doe concerning this motion by phone on December 2, 2025. Plaintiff opposes the requested 60-day extension but is agreeable to a 30-day extension.

**Motion**

Plaintiff filed his Complaint on November 4, 2025. The complaint is 54 pages long and contains 12 separate claims for relief, including state and federal claims. Defendant Valand was served on November 12, 2025; Defendant Bloom was served on November 15, 2025; and Defendant SSSD was served on December 1, 2025. As a result, Mr. Valand's deadline to answer or otherwise respond is tomorrow, December 3; Mr. Bloom's deadline is December 8; and SSSD's deadline is December 22. Plaintiff did not request a waiver of service. Had Plaintiff requested a waiver, Defendants would have waived service and received 60 days from the date of the waiver request in which to file their responsive pleading. Fed. R. Civ. P. 4(d)(2) and (3).

Undersigned counsel was retained yesterday to represent Defendants in this action. Accordingly, undersigned has not had any time to conduct a reasonable inquiry into the claims and defenses in this matter. Further, given that there are two individual Defendants, undersigned counsel needs sufficient time to investigate and ensure that it can continue to represent all three Defendants concurrently. Undersigned is requesting an additional 60 days to answer or otherwise respond, which it believes in good faith to be a necessary amount of time to accomplish these goals. Sixty days would also enable undersigned to investigate the matter and clear conflicts accounting for the upcoming holidays, when the School District will be closed for several weeks and many of its staff on long-planned vacation. Additionally, 60 days is the amount of time that Defendants would have been granted to respond to the complaint had Plaintiff requested waiver of service, which Defendants would have accepted.

2

Thus, Defendants request that this Court extend the deadline to answer or otherwise respond by 60 days to **Monday, February 2, 2026**.

Pursuant to D.C.COLO.LCivR 6.1(a) and 6.1(b), undersigned counsel certifies that no Defendant has previously requested any extensions and that the deadline for responding to the complaint has not yet passed. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will contemporaneously serve this motion on all three Defendants.

WHEREFORE, Defendants request that the Court enter an Order granting them until February 2, 2026 to answer or otherwise respond to the complaint, and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 2nd day of December 2025.

*s/Elliott V. Hood*
Elliott V. Hood
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and emailed to the following:

Riley Doe
rileydoevsssd@gmail.com
*Pro Se Plaintiff*

*s/Shelley McKinstry*
Shelley McKinstry, Paralegal

3