IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03519-TPO

RILEY DOE,

    Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT;
THOMAS VALAND; and
DANIEL BLOOM,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 3, 2025.**

    For good cause shown, Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Complaint [ECF 11] is **granted**. Defendants request a 60-day extension because Defendants would have agreed to waive service, and Counsel was recently retained and requires additional time to clear conflicts, investigate the claims, and prepare a responsive pleading. The Certificate of Conferral indicates Plaintiff is agreeable to a 30-day extension but objects to Defendants' request for a 60-day extension.

    The Court notes that the Complaint asserts twelve claims, and the factual allegations and statement of claims span approximately 50 pages. *See generally* ECF 1. Defendants' extension request was filed prior to any responsive pleading deadline, and within one day of Counsel entering an appearance. Defendants have demonstrated good cause for the extension. No scheduling order has been entered yet, so the extension would not significantly delay litigation. The Court thus grants Defendants' 60-day extension request without awaiting Plaintiff's Response. *See* D.C.COLO.LCivR 7.1(d) (briefing timeline for contested motions does not "preclude[] a judicial officer from ruling on a motion at any time after it is filed").

    Defendants shall file a responsive pleading **on or before February 2, 2026**.

    The above captioned case has been directly assigned to Magistrate Judge O'Hara pursuant to D.C.COLO.LCivR 40.1. The Parties shall complete and file the Magistrate Judge Consent Form [ECF 6] on or before **April 21, 2026.**

The Court will hold the Fed. R. Civ. P. 16(b) Scheduling Conference on **May 5, 2026, at 10:30 a.m**. in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. This will be an **in-person** proceeding.

The Parties shall meet in accordance with Fed. R. Civ. P. 26(f) as soon as practicable.

The Parties shall jointly prepare a Proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov. *See also* Instructions for Preparation of Scheduling Order (preceding the Scheduling Order template form) and Section IV of the Uniform Civil Practice Standards of the United States Magistrate Judges D.C.COLO.MJ (providing instructions regarding the Rule 26(f) conference, the deadline for exchanging Rule 26(a)(1) Initial Disclosures, and the preparation of the proposed Scheduling Order).

**No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) **jointly email a Word copy of the proposed Scheduling Order, copying all Parties, to Chambers at** *o'hara_chambers@cod.uscourts.gov.*

Should a discovery dispute arise, the Parties shall follow the procedure set out at D.C.COLO.MJ § VI. Rather than file a motion, the Parties first shall meaningfully confer on the matter. If the Parties are unable to resolve the dispute on their own, the Party seeking relief shall request a Discovery Conference with the Court by sending an email, copied to all Parties, to *o'hara_chambers@cod.uscourts.gov*. The Court will issue an order to schedule the Discovery Conference and to provide the Parties with instructions on how to proceed. The Court will determine at the conference whether to grant leave to file a motion. As permitted by D.C.COLO.MJ § VI, a motion may be filed without the prerequisite discovery conference for matters concerning third parties.