**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*4:31 pm, Dec 18, 2025*
JEFFREY P. COLWELL, CLERK

Civil Action No. 25-cv-03519-TPO

RILEY DOE,

Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS VALAND, and
DANIEL BLOOM,

Defendants.

---

**NOTICE OF FILING FIRST AMENDED COMPLAINT**

---

Plaintiff has filed an amended complaint under F.R.C.P. 15(2) with the opposing party's written consent. The parties agree Defendants will respond to the amended complaint by February 2nd, 2026. An exhibit marking the changes is attached.

Respectfully submitted,

/s/ Riley Doe
Riley Doe
rileydoevsssd@gmail.com
Pro Se Plaintiff
Plaintiff proceeding under pseudonym
Real name and address information filed under seal

## CERTIFICATE OF SERVICE

I hereby certify that on December 18th, 2025, I electronically filed the foregoing with the Clerk of Court by emailing it to COD_ProSe_Filing@COD.uscourts.gov and emailed to the following:

Elliott V. Hood
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com