IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-03519-TPO

RILEY DOE,

Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS VALAND and
DANIEL BLOOM,

Defendants.
_____

**DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**
_____

Defendants Steamboat Springs School District RE-2 ("SSSD"), Thomas Valand, and Daniel Bloom, through undersigned counsel, move unopposed for a seven-day extension of time to answer or otherwise respond to Plaintiff's complaint.

### Certificate of Conferral

Undersigned counsel conferred with self-represented Plaintiff Riley Doe concerning this motion email on January 28, 2026. Plaintiff does not oppose the requested extension.

### Motion

By Order dated December 3, 2025 (ECF 12), the Court granted Defendants an extension of time to February 2, 2026 in which to file a responsive pleading. Since then, on December 13, 2025, Plaintiff filed an Amended Complaint adding additional facts and

an additional claim. Plaintiff amended their Complaint after corresponding with Defendants, who agreed that Plaintiff could amend the complaint once more as a matter of right following conferral on a motion to dismiss or following the filing of an answer or other responsive pleading.

Defendants intend to move to dismiss Plaintiff's complaint, which is 61 pages long and asserts 13 separate claims for relief under various constitutional provisions and federal and state statutes. Defendants have been diligently investigating and researching the claims. Counsel for Defendants conferred with Plaintiff about the bases for their intended motion on January 26 and on January 28, Plaintiff informed Defendants that they do not intend to further amend their Complaint before Defendants filed their motion to dismiss. Understanding, now, that the First Amended Complaint will remain the operative complaint for purpose of their motion, Defendants require the requested seven-day unopposed extension to adequately address all 13 of Plaintiff's claims, including asserting qualified immunity for the individually named Defendants. There are no existing case deadlines that this extension request will affect.

Thus, Defendants request that this Court extend the deadline to answer or otherwise respond by seven days to **Monday, February 9, 2026**.

Pursuant to D.C.COLO.LCivR 6.1(a) and 6.1(b), undersigned counsel certifies that Defendants have previously requested one extension and that the deadline for responding to the complaint has not yet passed. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will contemporaneously serve this motion on all three Defendants.

WHEREFORE, Defendants request that the Court enter an Order granting them until February 9, 2026 to answer or otherwise respond to the complaint, and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 29th day of January 2026.

*s/Elliott V. Hood*
Elliott V. Hood
Zoe Verhoeven
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com
zverhoeven@celaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and emailed to the following:

Riley Doe
rileydoevsssd@gmail.com
*Pro Se Plaintiff*

*s/Shelley McKinstry*
Shelley McKinstry, Paralegal

3