IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-03519-TPO

RILEY DOE,

Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS VALAND and
DANIEL BLOOM,

Defendants.

_____

**DEFENDANTS' <u>UNOPPOSED</u> MOTION TO EXCEED PAGE LIMITATION ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
_____

Defendants Steamboat Springs School District RE-2 ("SSSD"), Thomas Valand, and Daniel Bloom intend to move to dismiss Plaintiff's First Amended Complaint (ECF 13) under Rule 12(1) and (6). Defendants request permission to exceed the page limitation to 25 pages for their motion.

### Certificate of Conferral

Undersigned counsel conferred with self-represented Plaintiff Riley Doe concerning this motion email on January 28, 2026. Plaintiff does <u>not</u> oppose the requested relief.

### Motion

Defendants' responsive pleading is due on February 2, 2026. However, contemporaneous with this Motion, Defendants are filing a motion to extend that deadline

by seven days, until February 9, 2026.

The Court's presumptive page limit for motions is 15 pages. (Civ. Practice Standard, 10.1(c)(1); D.C.COLO.MJ V.(2))[1] Defendants are requesting permission to exceed that presumptive page limit to 25 pages, exclusive of the signature block and certificate of service, which Defendants believe in good faith to be necessary to sufficiently address all 13 of Plaintiff's claims arising under several constitutional provisions and various federal and state statutes presented in the 61-page First Amended Complaint. In addition to addressing the merits of the constitutional claims, Defendants also intend to assert qualified immunity for the individually named Defendants, which requires additional argument. Neither the parties nor the Court would be prejudiced by granting this unopposed request, and it would promote judicial economy to allow Defendants ten extra pages to brief the background and issues in this matter.

WHEREFORE, Defendants request permission to exceed the page limitation for their motion to dismiss Plaintiffs' First Amended Complaint (ECF 13) from 15 pages to 25 pages, exclusive of the signature block and certificate of service.

Respectfully submitted this 29th day of January 2026.

*s/Zoe Verhoeven*
Elliott V. Hood
Zoe Verhoeven
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com
zverhoeven@celaw.com

---

[1] This is the presumptive limit for motions other than for those filed under Rule 56.

## CERTIFICATE OF SERVICE

  I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and emailed to the following:

Riley Doe
rileydoevsssd@gmail.com
*Pro Se Plaintiff*

                *s/Shelley McKinstry*
                Shelley McKinstry, Paralegal