IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03519-TPO

RILEY DOE,

    Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT;
THOMAS VALAND; and
DANIEL BLOOM,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 30, 2026.**

    Pursuant to the Election Concerning Consent/Non-Consent form [ECF 19] filed by the Petitioner expressing non-consent under D.C.COLO.LCivR 40.1(c), the Court directs the Clerk of the Court to **reassign** this case under D.C.COLO.LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).