IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03519-CNS-TPO

RILEY DOE,

    Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT;
THOMAS VALAND; and
DANIEL BLOOM,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on February 4, 2026.**

    The Court notes that Plaintiff filed a Notice of Filing First Amended Complaint [ECF 13], and attached a First Amended Complaint as ECF 13-1 and a red-lined version of the same at ECF 13-2. Plaintiff was entitled to file an amended pleading as a matter of course under Fed. R. Civ. P. 15(a)(1). Accordingly, the First Amended Complaint [ECF 13-1] is **accepted as filed**. The Clerk of Court is **directed** to file the First Amended Complaint at [ECF 13-1] as a separate docket entry.

    For good cause shown, Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Complaint [ECF 17] is **granted**. Defendants shall respond to the First Amended Complaint **by February 9, 2026**.

    Defendants' Unopposed Motion to Exceed Page Limitation on Motion to Dismiss Plaintiff's First Amended Complaint [ECF 18] is also **granted**. Defendants' Motion to Dismiss may exceed the page limit by **10 pages**, for a total of 25 pages, exclusive of case caption, signature block, and certificate of service.