IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03519-CNS-TPO

RILEY DOE,

      Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT;
THOMAS VALAND; and
DANIEL BLOOM,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 3, 2026.**

Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [ECF 28] is **granted**. Plaintiff shall respond to Defendants' Motion to Dismiss **on or before April 1, 2026**. Defendants may file a reply in support of their Motion within 14 days of service of Plaintiff's response.