# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-03519-CNS-TPO

RILEY DOE,

Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS VALAND and
DANIEL BLOOM,

Defendants.

_____

## DEFENDANTS' <u>UNOPPOSED</u> MOTION TO EXCEED PAGE LIMITATION ON MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

_____

Defendants Steamboat Springs School District RE-2 ("SSSD"), Thomas Valand, and Daniel Bloom intend to move to dismiss Plaintiff's Second Amended Complaint (ECF 31) under Rule 12(1) and (6). Defendants request permission to exceed the page limitation to 25 pages for their motion.

### Certificate of Conferral

Undersigned counsel conferred with self-represented Plaintiff Riley Doe concerning this motion by email on April 9, 2026. Plaintiff does <u>not</u> oppose the requested relief.

### Motion

Defendants' responsive pleading is due on April 15, 2026.

The Court's presumptive page limit for motions is 15 pages. (CNS Civ. Practice

Standard, 10.1(c)(1)).[1] Defendants are requesting permission to exceed that presumptive page limit to 25 pages, exclusive of the signature block and certificate of service, which Defendants believe in good faith to be necessary to sufficiently address Plaintiff's eight remaining claims, which arise under federal statute, the U.S. Constitution, and state law, presented in Plaintiff's 85-page Second Amended Complaint. Regarding the constitutional claims, Defendants intend to assert qualified immunity for the individual Defendants. Neither the parties nor the Court would be prejudiced by granting this unopposed request, and it would promote judicial economy to allow Defendants ten extra pages to brief the background and issues in this matter.

Defendants previously requested and received permission to exceed the page limitation for their motion to dismiss Plaintiff's First Amended Complaint (ECF 23).

WHEREFORE, Defendants request permission to exceed the page limitation for their motion to dismiss Plaintiffs' Second Amended Complaint (ECF 31) from 15 pages to 25 pages, exclusive of the signature block and certificate of service.

Respectfully submitted this 10th day of April 2026.

s/Elliott V. Hood
Elliott V. Hood
Zoe Verhoeven
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com
zverhoeven@celaw.com

---

[1] This is the presumptive limit for motions other than for those filed under Rule 56.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and emailed to the following:

Riley Doe
rileydoevsssd@gmail.com
*Pro Se Plaintiff*

<u>*s/Shelley McKinstry*</u>
Shelley McKinstry, Paralegal