IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03519-CNS-TPO

RILEY DOE,

      Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT;
THOMAS VALAND; and
DANIEL BLOOM,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 27, 2026.**

For good cause shown, the Parties' Joint Motion for Entry of Protective Order [ECF 35] is **granted**. The Court will separately enter the Parties' proposed protective order. ECF 35-1.

Plaintiff has filed a Notice of Filing Second Amended Complaint [ECF 31], which states that Defendants have provided written consent to the proposed amendment, making amendment proper under Fed. R. Civ. P. 15(a)(2). The Second Amended Complaint ("SAC") [ECF 31-1] is **accepted as filed**. The Clerk of Court is directed to file Plaintiff's Second Amended Complaint [ECF 31-1] as a separate docket entry.

Defendants' Motion to Dismiss [ECF 24] is **moot**. The Court notes that Defendants have already filed a Motion to Dismiss the operative SAC at [ECF 34].