IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action: 1:25-cv-03519-CNS-TPO                 Date: May 5, 2026
Courtroom Deputy: Stef Jeffries                          FTR – Courtroom C402

*Parties:*                                                              *Counsel:*

RILEY DOE,                                                       Pro se (via Video Teleconference)

   Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,     Elliott Hood
THOMAS VALAND, and DANIEL BLOOM,                      Zoe Verhoeven

   Defendants.

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**Court in session: 10:26 a.m.**

Court calls case. Appearances of counsel and pro se Plaintiff.

Discussion is held regarding Plaintiff's Motion for Leave to Proceed under Pseudonym [ECF 2].

For the reasons stated on the record it is

**ORDERED**:     Plaintiff's Motion for Leave to Proceed Under Pseudonym [ECF 2] is
**GRANTED**.  Plaintiff shall proceed in this action under the name Riley Doe.
The Clerk's Office is directed to provide a copy of all filings to Plaintiff via US
Mail at the address disclosed in the restricted filing at ECF No. 3 unless Plaintiff
is approved for electronic filing with this court.

Discussion is held regarding the parties' proposed Scheduling Order.

Discussion is held regarding the Court's discovery dispute resolution and settlement conference
procedures.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT
THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Joinder of Parties/Amendment of Pleadings: **May 5, 2026.**
Parties shall designate affirmative experts **on or before November 20, 2026.**
Parties shall designate rebuttal experts **on or before December 21, 2026.**
Discovery Cut-off: **January 20, 2027**

Ten days after the close of discovery: A party seeking to file a motion for summary judgment must email Judge Sweeney's Chambers to inform the Court of their intent to file such motion.

If no party seeks to file a summary judgment motion, Counsel shall jointly contact Judge Sweeney's chambers to obtain dates for trial and a trial preparation conference.

**STATUS CONFERENCE:**

A Status Conference is set for **August 27, 2026**, at **1:30 p.m.**, before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. Should the parties determine that such a hearing is not necessary, the parties may jointly contact chambers to vacate the hearing.

The parties are permitted to appear for the status conference via Video Teleconference.

**FINAL PRETRIAL CONFERENCE** will be set by the chambers of Judge Sweeney. Counsel shall jointly email Judge Sweeney's chambers within 24 hours of the scheduling conference to obtain a date for a Final Pretrial Conference.

HEARING CONCLUDED.

**Court in recess: 11:35 a.m.**
Total time in court: 01:09

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.